1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KELLY CORNEJO, | ) | NO. CV 08-00090 R (SS) |
| | ) | |
|         Petitioner, | ) | |
| | ) | **ORDER ADOPTING FINDINGS,** |
|     v. | ) | |
| | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| J. HARTLEY, Acting Warden, | ) | |
| | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
|         Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. The Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

DATED: February 27, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

2