**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLY CORNEJO, ) | NO. CV 08-00090 R (SS) |
| Petitioner, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| J. HARTLEY, Acting Warden, ) | |
| Respondent. ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 27, 2009

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE